# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION
# CRIMINAL ACTION NO. 5:05-CR-00009-KDB-DCK

| | |
|---|---|
| USA,<br><br>   Plaintiff,<br><br>v.<br><br>[23] LEONARD A. CLEMENT,<br><br>   Defendant. | **ORDER** |

Pursuant to the First Step Act of 2018 and upon Motion of Defendant **LEONARD A. CLEMENT** for an Amended Judgment and reduction in sentence (Doc. No. 1736), the Court hereby orders that Defendant's term of imprisonment and commitment to custodial authorities is reduced to an aggregate sentence of **TIME SERVED PLUS FIVE (5) DAYS.**

The Court further **ORDERS** that the Defendant, upon release from imprisonment, shall be placed on supervised release for a term of 8 years on Count 1.

All other terms and conditions of Defendant's sentence remain in full force and effect.

**IT IS SO ORDERED.**

Signed: January 14, 2020

*Kenneth D. Bell*
Kenneth D. Bell
United States District Judge